**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Anjanette Sliskovic,<br><br>      Plaintiff,<br><br>   v.<br><br>United of Omaha Life Insurance Company, Monterrey Tile Company, Inc., Monterrey Tile Company, Inc. Employee Disability Plan,<br><br>      Defendants. | Case No.  2:10-cv-01405<br><br>**ORDER** |

Upon stipulation of the parties and good cause appearing,

IT IS HEREBY ORDERED that this matter is dismissed, with prejudice, each party to bear their own costs and attorneys' fees.

Dated this 6th day of October, 2010.

_____
Mary H. Murgula
United States District Judge

1